**PacerMonitor** A Fitch Solutions Service        Features    Plans & Pricing    About

Silver et al v. INTER

**District Of Columbia District Court**

Judge: Amit P Mehta
Case #: 1:19-cv-00247
Nature of Suit: 870 Federal Tax Suits - Taxes (U.S. Plaintiff or Defendant)
Cause: 28:1331 Fed. Question

Docket | Parties (7)

Docket last up

**Monday, July 20, 2020**

58 | respm | Response to motion | Tue 07/21 2:44 PM
RESPONSE re47 MOTION for Summary Judgment filed by ATTORNEY GENERAL OF THE UNITED STATES, INTERNAL REVENUE SERVIC

57 | motion | Summary Judgment | Mon 07/20 4:48 PM
Cross MOTION for Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment by ATTORNEY GENERAL OF THE UNITED
Nishant)

Att: 1  Memorandum in Support,
Att: 2  Declaration of J Sergi,
Att: 3  Appendix of Exhibits,
Att: 4  Statement of Facts in support of Motion for Summary Judgment,
Att: 5  Response to Plaintiffs' Statement of Facts,
Att: 6  Proposed Order

Continue to Create A



DOCKETBIRD

Federal Court Cases › Civil Cases › District of Columbia › 2019 › 2019-cv-00000 through 2019-cv-00499 et al v. Internal Revenue Service et al

## Silver et al v. Internal Revenue Service et al

### Court Docket Sheet

**District of Columbia**

1:2019-cv-00247 (dcd)

**Interested in this case?**
Sign up to receive real-time updates

Last full docket sheet refresh: 440 days ago. Refresh now

| # | Date | Description |
|---|---|---|
| 58 | 07/20/2020 | RESPONSE re [47] MOTION for Summary Judgment filed by ATTORNEY GENERAL OF THE UNITED STATES, INTERNAL REVENUE SERVICE, STEVEN T. MNUCHIN, CHARLES RETTIG, UNITED STATES DEPARTMENT OF TREASURY. (View Docket Entry [57] to view document). |
| 57 | 07/20/2020 | Cross MOTION for Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment by ATTORNEY GENERAL OF THE UNITED STATES, INTERNAL REVENUE SERVICE, STEVEN T. MNUCHIN, CHARLES RETTIG, UNITED STATES DEPARTMENT OF TREASURY |
| | 1 | Memorandum in Support |
| | 2 | Declaration of J Sergi |
| | 3 | Appendix of Exhibits |
| | 4 | Statement of Facts in support of Motion for Summary Judgment |



04:02 01/03/2021 ‎ב יום

DocketBird Public Support <help@docketbird.com>

RE: Stay on top of Silver et al v. Internal Revenue Service et al

To   Monte @ Silver Law

If there are problems with how this message is displayed, click here to view it in a web browser.
Click here to download pictures. To help protect your privacy, Outlook prevented automatic download of some pictures in this message.

Hello monte,

Thank you for reaching out to us about removing your case from DocketBird.

**You do not need to provide your card information to remove a case from DocketBird.** Instead, you can just mail us this form:

https://www.docketbird.com/static/DocketBird_case_removal_request_form.pdf

Either way, we do not charge anything to remove your case from DocketBird; it is free.


Best regards,

DocketBird Account Support
Account Support Department
DocketBird
Mink LLC
5490 S. Rainbow Blvd., Suite 400
PMB 66425
Las Vegas, Nevada 89118-2507



