UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MONTE SILVER AND MONTE SILVER LTD.,**

*Plaintiffs,*

*v.*

**UNITED STATES OF AMERICA**

*Defendants*

Civil Action No. 1:22-cv-0013-RBW

## PLAINTIFFS' NOTICE CONCERNING THIS COURT'S SEPTEMBER 30, 2022 ORDER

On September 30, 2022, this Court issued an order stating that was inclined to grant the government's motion to dismiss. The Court, however, stated that it would, "absent extraordinary circumstances," issue the memorandum opinion "within the next sixty days." [ECF 8].

As this Court is aware, there is a pending appeal in the United States Court of Appeals, District of Columbia Circuit, case no. 21-5116, *Silver et al. v. IRS et al*. Oral argument was held on October 26, 2022 and the appeal is now under advisement. The appeal raises the very same issue raised in this action, *i.e.*, whether the public disclosure of Plaintiffs' tax returns and related information by the IRS violated 26 U.S.C. §6103 [*see also* Plaintiffs' Opposition Br. [ECF 6], at 8 (requesting that the

government's motion "should be held in abeyance pending a ruling in Silver v. IRS, No. 21-5116.")]. The ruling on the appeal is expected within 90 days.

Plaintiffs respectfully request that this Court refrain from issuing its memorandum opinion before the ruling on the appeal. There is compelling justification for doing so. The ruling on this issue in 21-5116 will be binding on this Court. Waiting for the ruling on appeal is in the interest of judicial economy as it will avoid the need for the judicial system from having to deal with an unnecessary appeal and motion for reconsideration that will be filed in the event this Court rules on the matter prior to decision of the D.C. Circuit in 21-5116. Furthermore, Plaintiff (a taxpayer and small businesses owner) has limited resources and forcing it to file a redundant second appeal and motion for reconsideration would impose a heavy financial burden on Plaintiffs and, therefore, is not in the interest of justice.

Respectfully submitted,

Date: November 17, 2022

/s/ *L. Marc Zell*
_____
L. Marc Zell
D.C. Bar #959437
ZELL & ASSOCIATES INTERNATIONAL
ADVOCATES, LLC
1345 Ave. of the Americas 2nd Floor
New York, NY 10105
(212)-971-1349
*Email:  mzell@fandz.com*

*Counsel for Plaintiffs*