UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTE SILVER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 22-13 (RBW) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**ORDER**

The Court requiring additional information regarding the Plaintiffs' Notice Concerning this Court's September 30, 2022 Order, ECF No. 9, it is hereby

**ORDERED** that, on or before November 30, 2022, the defendant shall file a notice on the docket, indicating its position with respect to the Plaintiffs' Notice Concerning this Court's September 30, 2022 Order ("Pls.' Notice"), ECF No. 9, including its position as to the plaintiffs' request that the Court "refrain from issuing its memorandum opinion before the [District of Columbia Circuit's] ruling on the appeal" in Silver v. Internal Revenue Service, No. 21-5116,[1] Pls.' Notice at 2.

**SO ORDERED** this 21st day of November, 2022.

REGGIE B. WALTON
United States District Judge

---

[1] In the event that the Court ultimately denies the plaintiffs' request, the Memorandum Opinion referenced in the Court's September 30, 2022 Order, see Order at 1 (Sept. 30, 2022), ECF No. 8, will be issued by the Court within thirty days following the filing of the defendant's notice, absent extraordinary circumstances.